**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ELDANIZ PANAHOV; ZULEYHAT MUGADOVA; LEYLA PANAHOVA, a minor, by and through her next friend and father, ELDANIZ PANAHOV; and YUSUF PANAHOV, a minor, by and through his next friend and father, ELDANIZ PANAHOV,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services; DIRECTOR, USCIS HOUSTON FIELD OFFICE; and DIRECTOR, USCIS NATIONAL BENEFITS CENTER,<br><br>Defendants. | Civil Action No. 4:26-cv-08965 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Eldaniz Panahov, Zuleyhat Mugadova, Leyla Panahova, and Yusuf Panahov, by and through undersigned counsel, hereby give notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they voluntarily dismiss this action in its entirety, as to all Defendants, without prejudice.

Defendants have served neither an answer nor a motion for summary judgment. This notice is therefore effective upon filing, and Plaintiffs respectfully request that the Clerk close this case.

Dated: November 9, 2026

Respectfully submitted,

/s/ Burcu Toy

Burcu Toy
Attorney-in-Charge for Plaintiffs
Texas Bar No. 24149446
S.D. Tex. Federal ID No. 3950799
YILDIZ LAW FIRM, PLLC
800 Bonaventure Way, Suite 116
Sugar Land, Texas 77479
Tel: (346) 646-0066
Email: burcu@yildiz.law

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, and served a copy on Defendants by email to the United States Attorney's Office for the Southern District of Texas at USATXS.CivilNotice@usdoj.gov.

/s/ Burcu Toy
Burcu Toy